JUNE 1, 1950

**No. 54362.**—The Emporium Capwell Co. *v.* United States, protest 128167–K.—
.—Abstract 54164. Motion of Government for rehearing denied.

JUNE 1, 1950

**No. 54363.**—SUIT 4624.—United States *v.* Helbros Watch Co. and Emil Leichter.—
—C. D. 1166 affirmed April 3, 1950. C. A. D. 430.

**No. 54364.**—SUIT 4626.—M. Pressner & Co. *v.* United States.—
—C. D. 1164 affirmed April 3, 1950. C. A. D. 431.

BEFORE THE FIRST DIVISION, JUNE 6, 1950

**No. 54365.**—Bankograph Co., Inc., et al. *v.* United States, protests 113926–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of leather miniature boxing gloves and baseball gloves or other leather articles similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiffs was sustained.

**No. 54366.**—B. Shackman & Co. et al. *v.* United States, protests 114584–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of miniature boxing gloves the same in all material respects as those passed upon in *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiffs was sustained.